**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINE VAN WEGEN, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIG Direct Insurance Services, Inc. f/n/a Matrix Direct,<br><br>Defendant. | CASE NO. 16-CV-0849-H-NLS<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE** |

1

*Van Wegen v. AIG Direct Insurance Services, Inc.*, No. 16-cv-0849-H-NLS
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Celine Van Wegan, by and through her counsel of record, hereby gives notice that the above captioned action is voluntarily dismissed in its entirety, without prejudice against Defendant AIG Direct Insurance Services, Inc. f/n/a Matrix Direct.

DATED:  May 2, 2016                Respectfully submitted,

*/s/ Ronald A. Marron*
RONALD A. MARRON
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone:  (619) 696-9006
Facsimile:  (619) 564-6665

*Attorney for Plaintiff and the Proposed Class*

2

*Van Wegen v. AIG Direct Insurance Services, Inc.*, No. 16-cv-0849-H-NLS
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)